CHARLES E. HALLENBECK, as Guardian ad Litem of CHARLES E. R. HALLENBECK, an Infant, Appellant, *v.* LONE STAR CEMENT CORPORATION, Respondent.

Argued May 25, 1949; decided July 19, 1949.

*F. Walter Bliss, Warner M. Bouck, Robert H. Ecker* and *William E. J. Connor* for appellant.

*R. Monell Herzberg, R. Waldron Herzberg* and *Charles Pickett* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.